## CONNER *v.* THE STATE.

A record in a criminal case, based upon an indictment, which fails to show the impanneling of a grand jury, and the return by them of the indictment into Court, indorsed *a true bill*, and signed by their foreman, can not sustain a conviction on such indictment.

APPEAL from the *Grant* Circuit Court.

Indictment for retailing. Trial, conviction, and judgment, motions to quash and in arrest being overruled. The record, in this case, does not show the impanneling of any grand jury, nor the return by such body of the indictment into Court, nor is it indorsed *a true bill*, and signed by any one purporting to be acting as foreman of the grand jury.

The judgment is reversed, and the cause remanded, etc.

*N. W. Gordon* and *H. D. Thompson*, for the appellant.